JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN K., | Case No. 2:21-cv-09711-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of Commissioner is reversed and this matter is remanded for further proceedings consistent with the Opinion.

DATED:  January 24, 2023

_Karen E. Scott_
KAREN E. SCOTT
United States Magistrate Judge